**FILED**

01/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0679

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Case No. DA-23-0679

---

| | |
|---|---|
| IN RE THE PARENTING OF L.R.K. and M.A.K.<br><br>Minor children,<br><br>BRETT E. KELLY,<br><br>Petitioner/Appellee,<br><br>and<br><br>CRYSTAL D. KELLY n/k/a CRYSTAL D. MEYERS,<br><br>Respondent/Appellant. | **ORDER GRANTING MOTION TO DISMISS** |

Upon consideration of Appellant's Motion to Voluntarily Dismiss Appeal, and for good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant Crystal Meyers' Motion to Voluntarily Dismiss Appeal is granted.  This matter is dismissed.

Page 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 11 2024